## THE STATE v. THOMPSON.

1. **Intoxicating Liquors:** UNLAWFUL SALE BY PERSON HOLDING PERMIT: NO CRIMINAL LIABILITY. (*State v. Douglass, ante*, p. 279, followed.)

*Appeal from Benton District Court*—HON. L. G. KINNE, Judge.

THURSDAY, OCTOBER 27.

REED, J.—This case presents the same question which is decided in *State v. Douglass, ante*, 279. Following that case, the order appealed from will be        AFFIRMED.